M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2009 AUG 27 A 10: 04

RONALD DEVONE BALCOM )
Full name and prison name of  DEBRA P. HACKETT, CLK
Plaintiff(s)   U.S. DISTRICT COURT
               MIDDLE DISTRICT ALA

v.  )  CIVIL ACTION NO. 1:09-CV-814-TMH-WC
    )  (To be supplied by Clerk of U.S. District
JACK BLUMENFELD )  Court)
    )
MARK JOHNSON )
    )
    )
    )
    )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff (s) _____N/A_____

         Defendant(s) _____N/A_____

      2. Court (if federal court, name the district; if state court, name the county)
         _____N/A_____

3. Docket number CC-07-432  CC-07-1152

4. Name of judge to whom case was assigned  Honorable Lawson Little

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?)  The case was Appealed - And is still Pending

6. Approximate date of filing lawsuit  8-19-09

7. Approximate date of disposition  Febuary 2009

II. PLACE OF PRESENT CONFINEMENT  Bibb County Correctional Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED

Houston County

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Jack Blumenfeld | 313 North Foster St Suite 2 |
| 2. | | P.O. Box 6264 Dothan, AL 36302 |
| 3. | Mark Johnson | 739 East Main St |
| 4. | | Dothan, AL 36301 |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  August 11, 2008

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  On August 11, 2008 At A Houston County Corrections Hearing, Defendants Work Release Status, Suspended Sentence

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

probation And Split sentence Was Revoked. illegally And neither Attoney Who Was Present. objected

GROUND TWO: Neither Attoney Filed An Appeal. And Mark Johnson Mislead Defendant So that Appeal deadline had Expired

SUPPORTING FACTS: Mr. Johnson told Defendant that the Hearing Was to See If He Would Be Allowed to Come back to Work-Release And His time Would not be Effected. Defendants Work-Release, Suspended sentence Split Sentence And Probation Was Revoked. Without A Probation Hearing

GROUND THREE: Defendant Attoneys have done nothing to help And Mr. Johnson Never Responded And Mr Blumenfeld Stated He Could not help Him

SUPPORTING FACTS: Exhibit A And B Shows that Mr Blumenfeld Refused Any Help to Defendant. Defendant Wrote Mr. Johnson And He didnt Reply. So there has no Appeal Filed. Mr Johnson told Defendant At the Hearing His time Would not change And He had A April 2009 End of sentence date. And Mr. Blumenfeld said I cannot Help You

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Because Defendant has been Incarcerated for Over A Year Illegally Attoneys have Nothing to help. DEFENDANT ASK FOR RELEIF Both Attoneys to Pay 100,000 Thousand Dollors for the DEFENDANT Being Falsly Incarcerated And 50,000 for pain And Suffering

*Ronald Deuone Balcom*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8-19-09    .
                (Date)

*Ronald Deuone Balcom*
Signature of plaintiff(s)

Ronald DeJone Balcom #158439
Bibb County Correctional Facility
565 Bibb Lane F-4 32B
Brent, AL 35034-4040



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

OFFICE OF THE CLERK
UNITED STATES District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

LEGAL MAIL