IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RONALD DEVONE BALCOM, #158439, )
)
    Plaintiff, )
)
v. )    CASE NO. 1:09-cv-814-TMH
)            [WO]
)
JACK BLUMENFELD, *et al.*, )
)
    Defendants. )

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #4) of the Magistrate Judge is ADOPTED. It is further

ORDERED that this case is DISMISSED with prejudice, prior to service of process, pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

Done this 30th day of September, 2009.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE