IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONALD DEVONE BALCOM, #158439, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-cv-814-TMH |
| | ) | [WO] |
| | ) | |
| JACK BLUMENFELD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the Court, it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendants.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 30th day of September, 2009.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE